# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Francisco Chavira-Vallejo<br>DOB: XX/XX/1964; Citizen of Mexico;<br>A#: 029 942 104 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**12-08538M** |
| Complaint for violation of Title 8 | United States Code § 1326(b)(1) |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|

| DATE OF OFFENSE<br>ON OR ABOUT<br>July 06, 2012 | PLACE OF OFFENSE<br>AT OR NEAR<br>Douglas | ADDRESS OF ACCUSED (if known) |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1:** On or about July 06, 2012 at or near Douglas, in the District of Arizona, Francisco Chavira-Vallejo, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville, Texas on May 27, 2011 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code§ 1326, enhanced by Title 8, United States Code§ 1326(b)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Francisco Chavira-Vallejo is a citizen of Mexico. On May 27, 2011, Francisco Chavira-Vallejo was lawfully denied admission, excluded, deported, and removed from the United States through Brownsville, Texas. On July 06, 2012, agents found Francisco Chavira-Vallejo in the United States at or near Douglas, Arizona without the proper immigration documents. Francisco Chavira-Vallejo did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Authorized by AUSA Liza Granoff | SIGNATURE OF COMPLAINANT<br>(official title)<br>Alma Cabrera |
|---|---|
| | OFFICIAL TITLE<br>U.S. Border Patrol |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 09, 2012 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54